## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MIGUEL LOPEZ and | ) | Bankruptcy No. 17 B 13945 |
| JESHAVEL E LOPEZ, | ) | |
| | ) | |
| Debtors. | ) | Honorable Donald R. Cassling |

### CERTIFICATE OF SERVICE

      The undersigned certifies that on August 24, 2018, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: August 24, 2018               /s/ Rachel A. Leibowitz
                                                            Paralegal

Lakelaw
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
847.249.9100

**SERVICE LIST**

Quantum3 Group LLC
as agent for MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Fifth Third Bank
1830 East Paris S.E.
MS #RSCB3E
Grand Rapids, MI 49546

Faustino Rodriguez
Law Offices of Faustino Rodriguez
5141 W Fullerton Ave
Chicago, IL 60639-2403 *

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn 7th Floor
Chicago, IL 60604-1702 *

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

U.S. Bank National Association
PO Box 5227
Cincinnati, OH 45201-5227

U.S. Bank NA
dba Elan Financial Services
PO Box 5227
Cincinnati, OH 45201-5227

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027 *

Miguel & Jeshavel Lopez
5001 W Wolfram St
Chicago, IL 60641-5024