## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-13945 |
| | § | |
| MIGUEL LOPEZ | § | |
| JESHAVEL E LOPEZ | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $279,882.00 | Assets Exempt: | $13,818.64 |
| Total Distributions to Claimants: | $3,594.83 | Claims Discharged Without Payment: | $160,641.30 |
| Total Expenses of Administration: | $1,278.05 | | |

3) Total gross receipts of $14,332.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $9,459.12 (see **Exhibit 2**), yielded net receipts of $4,872.88 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $285,879.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,278.05 | $1,278.05 | $1,278.05 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $164,473.00 | $67,925.13 | $67,925.13 | $3,594.83 |
| **Total Disbursements** | $450,352.00 | $69,203.18 | $69,203.18 | $4,872.88 |

4). This case was originally filed under chapter 7 on 05/03/2017. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2018             By:   /s/ David P. Leibowitz
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Federal Income Tax Refund | 1224-000 | $14,332.00 |
| **TOTAL GROSS RECEIPTS** | | $14,332.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| MIGUEL LOPEZ & JESHAVEL LOPEZ | Funds to Third Parties | 8500-002 | $9,459.12 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $9,459.12 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of The West | 4110-000 | $41,197.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $244,682.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $285,879.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,218.22 | $1,218.22 | $1,218.22 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $34.96 | $34.96 | $34.96 |
| Green Bank | 2600-000 | NA | $24.87 | $24.87 | $24.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,278.05 | $1,278.05 | $1,278.05 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | $813.00 | $857.76 | $857.76 | $45.39 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | $400.00 | $400.91 | $400.91 | $21.21 |
| 3 | Discover Bank | 7100-900 | $4,876.00 | $4,886.48 | $4,886.48 | $258.61 |
| 4 | Discover Bank | 7100-900 | $4,821.00 | $4,717.97 | $4,717.97 | $249.69 |
| 5 | Capital One, N.A. | 7100-900 | $1,204.00 | $1,204.12 | $1,204.12 | $63.73 |
| 6 | U.S. Bank National Association | 7100-900 | $9,077.00 | $8,894.66 | $8,894.66 | $470.74 |
| 7 | U.S. Bank NA dba Elan Financial Services | 7100-900 | $13,687.00 | $13,650.32 | $13,650.32 | $722.42 |
| 8 | American Express National Bank | 7100-900 | $1,982.00 | $2,009.50 | $2,009.50 | $106.35 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $11,014.00 | $11,014.74 | $11,014.74 | $582.94 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $11,000.00 | $11,000.29 | $11,000.29 | $582.17 |
| 11 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $3,604.00 | $3,604.00 | $3,604.00 | $190.74 |
| 12 | Fifth Third Bank | 7100-000 | $5,684.00 | $5,684.38 | $5,684.38 | $300.84 |
|  | Bankamerica | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Barclays Bank Delaware | 7100-000 | $155.00 | $0.00 | $0.00 | $0.00 |
|  | Barclays Bank Delaware | 7100-000 | $2,918.00 | $0.00 | $0.00 | $0.00 |
|  | Bby/cbna | 7100-000 | $1,644.00 | $0.00 | $0.00 | $0.00 |
|  | Bk Of Amer | 7100-000 | $9,431.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card | 7100-000 | $2,136.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card | 7100-000 | $8,353.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card | 7100-000 | $12,355.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card | 7100-000 | $9,091.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card | 7100-000 | $5,636.00 | $0.00 | $0.00 | $0.00 |
|  | Citi | 7100-000 | $5,272.00 | $0.00 | $0.00 | $0.00 |
|  | Royal Fishermen's, S.A. | 7100-000 | $18,854.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| De C.V. PMB | | | | | |
| Syncb/ashley Homestore | 7100-000 | $2,588.00 | $0.00 | $0.00 | $0.00 |
| Syncb/care Credit | 7100-000 | $8,323.00 | $0.00 | $0.00 | $0.00 |
| Syncb/care Credit | 7100-000 | $4,405.00 | $0.00 | $0.00 | $0.00 |
| Syncb/dks | 7100-000 | $168.00 | $0.00 | $0.00 | $0.00 |
| Syncb/gap | 7100-000 | $124.00 | $0.00 | $0.00 | $0.00 |
| Syncb/tjx Cos Dc | 7100-000 | $496.00 | $0.00 | $0.00 | $0.00 |
| Syncb/tjx Cos Dc | 7100-000 | $752.00 | $0.00 | $0.00 | $0.00 |
| Thd/cbna | 7100-000 | $3,610.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $164,473.00 | $67,925.13 | $67,925.13 | $3,594.83 |

**UST Form 101-7-TDR (10/1/2010)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 17-13945 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LOPEZ, MIGUEL AND LOPEZ, JESHAVEL E | Date Filed (f) or Converted (c): | 05/03/2017 (f) |
| For the Period Ending: | 10/2/2018 | §341(a) Meeting Date: | 06/12/2017 |
| | | Claims Bar Date: | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 5001 W WOLFRAM Chicago, IL - 60641-0000 Cook County | $250,000.00 | $0.00 | | $0.00 | FA |
| 2 | Timeshare ROYAL FISHERMEN'S S.A. TIME SHARE 444 BRICKELL AVE STE 51 Miami, FL - 33131-0000 Miami-Dade County TIME-SHARE | Unknown | $0.00 | | $0.00 | FA |
| 3 | 2016 FORD EXPLORER | $35,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | updated per amended schedules 6/12/17 | | | | | |
| 4 | 2007 HONDA ACCORD Mileage: 110000 | $2,000.00 | $0.00 | | $0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNITURE | $2,500.00 | $0.00 | | $0.00 | FA |
| 6 | CLOTHES | $800.00 | $0.00 | | $0.00 | FA |
| 7 | CHECKING CHASE XXXX1742 $ 40.00 CHASE XXXX8917 $260.00 CHASE XXXX0570 $200.00 | $500.00 | $0.00 | | $0.00 | FA |
| 8 | SAVINGS COMMUNUITY SAVINGS BANK | $200.00 | $200.00 | | $0.00 | FA |
| 9 | 401(K) 401K | $2,700.64 | $0.00 | | $0.00 | FA |
| 10 | 2017 Federal Income Tax Refund (u) | $0.00 | $4,872.88 | | $14,332.00 | FA |
| **Asset Notes:** | Debtors' Pro-Rated Portion: $9,459.12 | | | | | |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $293,700.64 | $5,072.88 | | $14,332.00 | $0.00 |

**Major Activities affecting case closing:**

05/24/2018  2018 Reporting Period:
The Trustee intercepted Debtors' 2017 Federal Income Tax Refund, of which the Estate portion is $4,872.88.

The claims bar date is 7/20/18, after which, the case will be ready for TFR.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| **Case No.:** | 17-13945 | | **Trustee Name:** | David Leibowitz |
| --- | --- | --- | --- | --- |
| **Case Name:** | LOPEZ, MIGUEL AND LOPEZ, JESHAVEL E | | **Date Filed (f) or Converted (c):** | 05/03/2017 (f) |
| **For the Period Ending:** | 10/2/2018 | | **§341(a) Meeting Date:** | 06/12/2017 |
| | | | **Claims Bar Date:** | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 04/13/2019     **Current Projected Date Of Final Report (TFR):**     /s/ DAVID LEIBOWITZ

                                                                                                                               DAVID LEIBOWITZ

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-13945 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | LOPEZ, MIGUEL AND LOPEZ, JESHAVEL E | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2461 | | | Checking Acct #: | ******4501 |
| Co-Debtor Taxpayer ID #: | **-***2462 | | | Account Title: | |
| For Period Beginning: | 5/3/2017 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/2/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/18/2018 | | US Treasury | 2017 Federal Income Tax Refund | * | $14,332.00 | | $14,332.00 |
| | {10} | | Estate Portion - 2017 Federal Income Tax Refund   $4,872.88 | 1224-000 | | | $14,332.00 |
| | {10} | | Debtors' Pro-Rated Portion - 2017 Federal Income Tax Refund   $9,459.12 | 1280-002 | | | $14,332.00 |
| 04/18/2018 | 3001 | MIGUEL LOPEZ & JESHAVEL LOPEZ | Debtors' Pro-Rated Portion - 2017 Federal Income Tax Refund | 8500-002 | | $9,459.12 | $4,872.88 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $9.20 | $4,863.68 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.84 | $4,855.84 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.83 | $4,848.01 |
| 09/18/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $34.96 | $4,813.05 |
| 09/18/2018 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,218.22 | $3,594.83 |
| 09/18/2018 | 3004 | Quantum3 Group LLC as agent for | Claim #: 1; Amount Claimed: $857.76; Distribution Dividend: 5.29%; | 7100-000 | | $45.39 | $3,549.44 |
| 09/18/2018 | 3005 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: $400.91; Distribution Dividend: 5.29%; | 7100-000 | | $21.21 | $3,528.23 |
| 09/18/2018 | 3006 | Discover Bank | Claim #: 3; Amount Claimed: $4,886.48; Distribution Dividend: 5.29%; | 7100-900 | | $258.61 | $3,269.62 |
| 09/18/2018 | 3007 | Discover Bank | Claim #: 4; Amount Claimed: $4,717.97; Distribution Dividend: 5.29%; | 7100-900 | | $249.69 | $3,019.93 |
| 09/18/2018 | 3008 | Capital One, N.A. | Claim #: 5; Amount Claimed: $1,204.12; Distribution Dividend: 5.29%; | 7100-900 | | $63.73 | $2,956.20 |
| 09/18/2018 | 3009 | US Bank National Association | Claim #: 6; Amount Claimed: $8,894.66; Distribution Dividend: 5.29%; | 7100-900 | | $470.74 | $2,485.46 |
| 09/18/2018 | 3010 | US Bank NA | Claim #: 7; Amount Claimed: $13,650.32; Distribution Dividend: 5.29%; | 7100-900 | | $722.42 | $1,763.04 |
| 09/18/2018 | 3011 | American Express National Bank | Claim #: 8; Amount Claimed: $2,009.50; Distribution Dividend: 5.29%; | 7100-900 | | $106.35 | $1,656.69 |
| 09/18/2018 | 3012 | PYOD, LLC its successors and assigns as assignee | Claim #: 9; Amount Claimed: $11,014.74; Distribution Dividend: 5.29%; | 7100-900 | | $582.94 | $1,073.75 |
| | | | SUBTOTALS | | $14,332.00 | $13,258.25 | |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-13945 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LOPEZ, MIGUEL AND LOPEZ, JESHAVEL E | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2461 | | Checking Acct #: | ******4501 |
| Co-Debtor Taxpayer ID #: | **-***2462 | | Account Title: | |
| For Period Beginning: | 5/3/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/2/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/18/2018 | 3013 | PYOD, LLC its successors and assigns as assignee | Claim #: 10; Amount Claimed: $11,000.29; Distribution Dividend: 5.29%; | 7100-900 | | $582.17 | $491.58 |
| 09/18/2018 | 3014 | PYOD, LLC its successors and assigns as assignee | Claim #: 11; Amount Claimed: $3,604.00; Distribution Dividend: 5.29%; | 7100-900 | | $190.74 | $300.84 |
| 09/18/2018 | 3015 | Fifth Third Bank | Claim #: 12; Amount Claimed: $5,684.38; Distribution Dividend: 5.29%; | 7100-000 | | $300.84 | $0.00 |

|  |  | TOTALS: | $14,332.00 | $14,332.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  |  | Subtotal | $14,332.00 | $14,332.00 | |
|  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  | Net | $14,332.00 | $14,332.00 | |

For the period of 5/3/2017 to 10/2/2018

| Total Compensable Receipts: | $4,872.88 |
|---|---|
| Total Non-Compensable Receipts: | $9,459.12 |
| Total Comp/Non Comp Receipts: | $14,332.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $4,872.88 |
| Total Non-Compensable Disbursements: | $9,459.12 |
| Total Comp/Non Comp Disbursements: | $14,332.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 04/18/2018 to 10/2/2018

| Total Compensable Receipts: | $4,872.88 |
|---|---|
| Total Non-Compensable Receipts: | $9,459.12 |
| Total Comp/Non Comp Receipts: | $14,332.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $4,872.88 |
| Total Non-Compensable Disbursements: | $9,459.12 |
| Total Comp/Non Comp Disbursements: | $14,332.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3 Exhibit 9

| Case No. | 17-13945 | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | LOPEZ, MIGUEL AND LOPEZ, JESHAVEL E | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2461 | | Checking Acct #: | ******4501 |
| Co-Debtor Taxpayer ID #: | **-***2462 | | Account Title: | |
| For Period Beginning: | 5/3/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/2/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $14,332.00 | $14,332.00 | $0.00 |

**For the period of 5/3/2017 to 10/2/2018**

| | |
| --- | --- |
| Total Compensable Receipts: | $4,872.88 |
| Total Non-Compensable Receipts: | $9,459.12 |
| Total Comp/Non Comp Receipts: | $14,332.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,872.88 |
| Total Non-Compensable Disbursements: | $9,459.12 |
| Total Comp/Non Comp Disbursements: | $14,332.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/03/2017 to 10/2/2018**

| | |
| --- | --- |
| Total Compensable Receipts: | $4,872.88 |
| Total Non-Compensable Receipts: | $9,459.12 |
| Total Comp/Non Comp Receipts: | $14,332.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,872.88 |
| Total Non-Compensable Disbursements: | $9,459.12 |
| Total Comp/Non Comp Disbursements: | $14,332.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ